UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 416-353 |
| | ) | |
| v. | ) | |
| | ) | |
| LAMETHEUS TERENCE DOUGLAS, ET AL | ) | |

### ORDER

Based upon the application of the Government, and for good cause shown therein, it is hereby ORDERED that the above-styled indictment, and all process issued thereunder, be unsealed.

So ORDERED this 6Th day of February, 2017.

HON. G. R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA